61400. HUNT v. THE STATE.

QUILLIAN, Chief Judge.

This is a pro se appeal from a burglary conviction. The defendant has filed no enumeration of errors.

1. There was an eyewitness to the burglary. The evidence, although conflicting, was amply sufficient to enable a rational trier of fact to find the defendant guilty beyond a reasonable doubt.

2. At the close of the charge, defendant's trial counsel stated he

had no exceptions to the charge. Under *Jackson v. State,* 246 Ga. 459 (271 SE2d 855) this constituted a waiver.

From an examination of the record, no basis for reversal appears.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED FEBRUARY 6, 1981.

L. W. Hunt, *pro se.*
Gary C. Christy, *District Attorney,* for appellee.